IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                                      PLAINTIFF

v.                                No. 4:25-cv-452-DPM

STEVE LANDERS CHRYSLER DODGE
JEEP RAM;  SHUHAO KOU, Officer, in
his individual capacity;  MARTINEZ,
Officer, in his individual capacity;  and
CITY OF LITTLE ROCK                                            DEFENDANTS

ORDER

1.      Akins's application to proceed *in forma pauperis, Doc. 1,* is
granted.  She reports living on limited income.

2.      The Court must screen Akins's complaint.   28 U.S.C.
§ 1915(e)(2).  It includes many exhibits.  Akins says she purchased a car
from Steve Landers, but the car was reported stolen.  *Doc. 2 at 2.*  Based
on that report, Officers Kou and Martinez stopped Akins on 24 March
2022 and arrested her.  Akins alleges that the Steve Landers associate
who reported the car stolen, as well as Officers Kou and Martinez,
violated her due process rights and unlawfully arrested her.  She also
alleges that the City of Little Rock failed to train its officers.  Akins seeks
damages.

Her claims are untimely as a matter of law.  Akins filed suit on
8 May 2025.  That filing was a few months beyond the three-year statute

of limitations for her various constitutional claims arising from her 22 March 2022 arrest. *Miller v. Norris*, 247 F.3d 736, 739 (8th Cir. 2001). The Court will dismiss these claims with prejudice as time-barred. *Myers v. Vogal*, 960 F.2d 750, 751 (8th Cir. 1992).

**3.** Akins's motions to redact address, *Doc. 3*, and to correct the party name, *Doc. 5*, are denied as moot.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*30 June 2025*