Case 4:25-cv-00452-DPM   Document 7   Filed 06/30/25   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NAVASHIA AKINS**                                                                  **PLAINTIFF**

v.                                     No. 4:25-cv-452-DPM

**STEVE LANDERS CHRYSLER DODGE
JEEP RAM; SHUHAO KOU, Officer, in
his individual capacity; MARTINEZ,
Officer, in his individual capacity; and
CITY OF LITTLE ROCK**                                                        **DEFENDANTS**

## JUDGMENT

Akins's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2025